AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(F), Ala. R.App. P. See alsoYellow Dog Dev., LLC v. Bibb County, 871 So.2d 39, 41
(Ala. 2003) ("[T]his Court will not `reverse a trial court's judgment based on arguments not presented to the trial court or based on arguments not made to this [C]ourt.'") (quotingBrown v. Wal-Mart Stores, Inc., 864 So.2d 1100, 1104
(Ala.Civ.App. 2002)); Spradlin v. Spradlin,601 So.2d 76, 79 (Ala. 1992) (this Court "cannot create legal arguments for a party based on undelineated general propositions unsupported by authority or argument").
SEE, LYONS, WOODALL, SMITH, BOLIN, and PARKER, JJ., concur.
COBB, C.J., and MURDOCK, J., dissent.